# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lee M. Berger and Alice A. Berger, individually and on behalf of all other persons similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>Bank of America, N.A., and BAC Home Loans Servicing, LP,<br><br>          Defendants. | CIVIL ACTION NO. 10-11583-NMG<br><br>CLASS ACTION |
| Karyl Resnick, individually and as a representative of the classes,<br><br>          Plaintiff,<br>v.<br><br>Bank of America, N.A., and BAC Home Loans Servicing, L.P.,<br><br>          Defendants. | CIVIL ACTION NO. 12-10231-NMG<br><br>CLASS ACTION |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR CONSOLIDATION FOR DISCOVERY PURPOSES

AND NOW, this __15th__ day of __March__, 2012, upon consideration of the Parties' Joint Motion for Consolidation for Discovery Purposes, it is **ORDERED** that said motion is **GRANTED**. The above-captioned actions (*Berger v. Bank of America, N.A. et al.*, No. 10-11583-NMG and *Resnick v. Bank of America, N.A. at al.*, No. 12-10231-NMG) shall be consolidated for discovery purposes.

_____
Hon. Nathaniel M. Gorton
United States District Judge